*Robert I. Gosseen, Esq.*
  *(212) 922-9250*
*rgosseen@ganfershore.com*

October 10, 2017

Via ECF and FACSIMILE
(212) 805-6737


Hon. George B. Daniels, U.S.D.J.
United States District Court for the
   Southern District of New York
United States Courthouse
500 Pearl St. (Room 1310)
New York, NY 10007

      Re:    Bilbao v LCS Enterprises, Inc., *et al.*, 17-cv-6744 (GBD)

Your Honor:

     We represent defendants in the above-referenced action. With the consent of plaintiff's attorney, Peter H. Cooper, Esq., we write to advise the Court that the parties are currently engaged in comprehensive settlement discussions and respectfully request that Your Honor withdraw the Court's October 3, 2017 reference to Epifanio Castillo, Jr., Esq. for mediation and in place thereof to refer this case to Magistrate Judge Peck for settlement/mediation.

                        Respectfully Submitted,

                        /s/ *Robert I. Gosseen*

                        Robert Gosseen, Esq.


cc:    Peter H. Cooper (via ECF and e-mail to pcooper@jcpclaw.com)
        *Attorney for Plaintiff*


SO ORDERED:

_____
Hon. George B. Daniels, U.S.D.J.

Dated:  New York, NY
         October __, 2017